IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00588-STV

YELKA DORIBEL LIRA-JAQUIN,

    Petitioner,

v.

KRISTI NOEM;
TODD LYONS;
ARTHUR WILSON;
JOHNNY CHOATE;
PAMELA BONDI;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, THE;
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and
BOARD OF IMMIGRATION APPEALS, THE,

    Respondents.

## ORDER TO SHOW CAUSE

Chief Magistrate Judge Scott T. Varholak

    An application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Petitioner, challenging her detention at an immigration facility in Denver, Colorado. Upon reading the application, good cause appears.

    Accordingly, it is

    **ORDERED** that Respondents show cause **within thirty (30) days from the date of this Order** why the Application for a writ of habeas corpus should not be granted. It is

    **FURTHER ORDERED** that **within thirty (30) days of Respondents' answer to this Order to Show Cause**, Petitioner may file a reply. It is

    **FURTHER ORDERED** that, pursuant to D.C.COLO.LCivR 72.2(d), the parties

shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, available from the Court's website at www.cod.uscourts.gov, **on or before March 19, 2026.**

DATED: February 17, 2026

BY THE COURT:

s/Scott T. Varholak
Chief United States Magistrate Judge